CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
   John D. Minton (Bar No. 223823)
216 Park Road
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685
Email: jminton@carr-mcclellan.com

Attorneys for Plaintiff
SHYH-YIH HAO

VENTURE PACIFIC LAW, PC
   David J. Sasseen (Bar No. 117125)
5201 Great America Parkway, Suite 270
Santa Clara, CA 95054
(408)569-1060
sasseen@ix.netcom.com

Attorneys for Defendant
WU-FU CHEN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SHYH-YIH HAO,<br><br>        Plaintiff,<br><br>vs.<br><br>WU-FU CHEN, and<br>DOES 1 THROUGH 10, inclusive<br><br>        Defendants. | Case No. C10-00826 LHK<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE FOR MEDIATION; [PROPOSED] ORDER**<br><br>[L.R. 6-2] |

Pursuant to Civ. L.R. 6-2, for the reasons set forth below, the parties to the above-captioned action stipulate to an order extending the deadline for the completion of mediation in this action.

### STIPULATION

WHEREAS, the deadline for completion of mediation is August 8, 2010;

WHEREAS, Defendant has filed a motion to dismiss or stay the action that is scheduled to be heard October 18, 2010;

WHEREAS, the parties believe that a meaningful mediation cannot take place until

resolution of Defendant's pending motion to dismiss or stay, and that the deadline for the completion of mediation should be re-set for a date that is not less than ninety (90) days following the hearing on the pending motion to dismiss;

WHEREAS, no trial date has yet been set in this case;

WHEREAS, moving the deadline for the completion of mediation would not affect any other deadline in the case;

WHEREAS, there have been no previous time modifications in the case;

WHEREAS, the parties wish for the mediation to be re-scheduled to a date on or around January 17, 2011;

NOW, THEREFORE, the parties hereby stipulate:

That the deadline for the completion of mediation should be extended until January 17, 2011, or such other date as the Court may deem appropriate.

IT IS SO STIPULATED.

Dated: July 28, 2010

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____/s/_____
John D. Minton
Attorneys for Plaintiff
SHYH-YIH HAO

Dated: July 28, 2010

VENTURE PACIFIC LAW, PC

By: _____/s/_____
David J. Sasseen
Attorneys for Defendant
WU-FU CHEN

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest that concurrence in the filing of this document has been obtained from the signatory above.

Dated: July 28, 2010

_____/s/_____
John D. Minton

## [PROPOSED] ORDER

The Court having considered the parties' stipulation to extend the deadline for the completion of mediation, and good cause appearing, the request is hereby GRANTED. The current deadline for mediation, August 8, 2010, is VACATED.

The new deadline for the completion of mediation is  January 17, 2011  .

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  August 11, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

29540-00001\iManage\3218439.1