UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHYH-YIH HAO,<br><br>　　　　Plaintiff,<br>　v.<br><br>WU-FU CHEN, and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No.: 10-CV-00826-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE |

On November 19, 2010, Defendant noticed a motion to dismiss Plaintiff's Second Amended Complaint to be heard by the Court on March 17, 2011. Given the extended timeframe for the motion, the Court finds it appropriate to set a briefing schedule for this matter. Accordingly, the parties shall brief the motion to dismiss as follows:

　(1) Plaintiff's opposition shall be filed by January 27, 2011.

　(2) Defendant's reply shall be filed by February 17, 2011.

**IT IS SO ORDERED.**

Dated: December 13, 2010

_____
LUCY H. KOH
United States District Judge