1  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
2  Professional Law Corporation
   John D. Minton (Bar No. 223823)
   216 Park Road
3  Burlingame, California 94011-0513
   Telephone:  (650) 342-9600
4  Facsimile:  (650) 342-7685
   Email:  jminton@carr-mcclellan.com
5
   Attorneys for Plaintiff
6  SHYH-YIH HAO

7  VENTURE PACIFIC LAW, PC
   David J. Sasseen (Bar No. 117125)
8  5201 Great America Parkway, Suite 270
   Santa Clara, CA 95054
9  (408)569-1060
   sasseen@ix.netcom.com
10 Attorneys for Defendant
   WU-FU CHEN

11                  UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14 SHYH-YIH HAO,                    Case No.  C10-00826 LHK (HRL)

15            Plaintiff,            **STIPULATED REQUEST FOR ORDER
                                    EXTENDING DEADLINE FOR
16     vs.                          MEDIATION; AND [~~PROPOSED~~] ORDER
                                    THEREON** as modified by the Court
17 WU-FU CHEN, and
   DOES 1 THROUGH 10, inclusive     **[L.R. 6-2]**
18
19            Defendants.
20

21        Pursuant to Civ. L.R. 6-2, for the reasons set forth below, the parties to the above-

22 captioned action stipulate to an order extending the deadline for the completion of mediation in

23 this action.

24                            **STIPULATION**

25        WHEREAS, the deadline for completion of mediation is January 17, 2011;

26        WHEREAS, Defendant has filed a motion to dismiss or stay the action that is scheduled

27 to be heard on March 17, 2011;

28

1        WHEREAS, the parties believe that a meaningful mediation cannot take place until
2 resolution of Defendant's pending motion to dismiss or stay, completion of the pleadings and
3 addition of any parties that may be added; and

4        WHEREAS, the parties further believe that the deadline for the completion of mediation
5 should be re-set for a date that is not less than one hundred twenty (120) days following the filing
6 of Defendant's Answer and any Cross-Complaint that may be filed therewith;

7        WHEREAS, no trial date has yet been set in this case;

8        WHEREAS, moving the deadline for the completion of mediation would not affect any
9 other deadline in the case;

10        WHEREAS, there has been one previous time modification of the mediation completion
11 date in the case to and including January 17, 2011;

12        WHEREAS, the mediator appointed by the Court has consented to the parties proposed
13 adjustment of the mediation deadline;

14        WHEREAS, the parties wish for the mediation to be re-scheduled to a date on or around
15 July 21, 2011;

16        NOW, THEREFORE, the parties hereby stipulate:

17        That the deadline for the completion of mediation should be extended until July 21, 2011,
18 or such other date as the Court may deem appropriate.

19        IT IS SO STIPULATED.

20

21

22

23

24

25

26

27

28

1    Dated: January 14, 2010         CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                                     Professional Law Corporation
2

3

4                                    By:   /s/ John Minton
                                           John D. Minton
5                                          Attorneys for Plaintiff
                                           SHYH-YIH HAO

6    Dated: January 14, 2010         VENTURE PACIFIC LAW, PC

7

8                                    By:   /s/ David Sasseen
                                           David J. Sasseen
9                                          Attorneys for Defendant
                                           WU-FU CHEN
10

11

12          Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest that concurrence in

13   the filing of this document has been obtained from the signatory above.

14   Dated: January 14, 2010
                                           /s/ David Sasseen
15                                         David J. Sasseen

16                                   [~~PROPOSED~~] ORDER

17          The Court having considered the parties' stipulation to extend the deadline for the

18   completion of mediation, and good cause appearing, the request is hereby GRANTED.  The

19   current deadline for mediation, January 17, 2011, is VACATED.

20          The new deadline for the completion of mediation is _**May 1, 2011**_____.

21          PURSUANT TO STIPULATION, IT IS SO ORDERED.
                                     Any further extension beyond May 1, 2011, will be addressed at the
22                                   Case Management Conference on March 17, 2011.

23   DATED: __January 20, 2011_____

24

25                                   _____
                                     UNITED STATES DISTRICT JUDGE
26

27   29540-00001\iManage\3218439.1

28

                                                         STIPULATED REQUEST FOR ORDER
                                                         EXTENDING DEADLINE FOR MEDIATION
                                                         CASE NO. CV 10-00826 LHK (HRL)