United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHYH-YIH HAO,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>WU-FU CHEN, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendant. | Case No.: 10-CV-00826-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE |

Plaintiff Shyh-Yih Hao's motion to strike and Third-Party Defendant Ellen Hao Chen's motion to dismiss are set for hearing on August 25, 2011. In order to facilitate expeditious resolution of the motions, the Court hereby sets the following briefing schedule:

(1) Opposition briefs on both motions shall be due June 30, 2011;

(2) Reply briefs on both motions shall be due July 14, 2011;

If either or both motions can be resolved without oral argument, the Court will advise the parties and vacate the motion hearing.

**IT IS SO ORDERED.**

Dated: May 24, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-00826-LHK
ORDER SETTING BRIEFING SCHEDULE