1  RONALD R. ROSSI (SBN 43067)
   DEAN C. ROSSI (SBN 188844)
2  ROSSI, HAMERSLOUGH, REISCHL & CHUCK
   1960 The Alameda, Suite 200
3  San Jose, CA 95126-1493
   (408) 261-4252
4  Fax: (408) 261-4292

5  Attorneys for Defendant
   WU-FU CHEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHYH-YIH HAO,<br><br>        Plaintiff,<br><br>    vs.<br><br>WU-FU CHEN, and DOES 1 through 10, inclusive,<br><br>        Defendants.<br><br>WU-FU CHEN, an individual,<br><br>        Defendant, Counterclaimant and<br>        Third-Party Plaintiff,<br><br>    vs.<br><br>SHYH-YIH HAO, an individual, ELLEN HAO CHEN, an individual, and DOES 1 through 50, inclusive,<br><br>        Counterdefendant and<br>        Third-Party Defendant. | Case No.: C10-00826 LHK(HRL)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

1  The Court hereby orders that the request of:

2  Defendant Wu-Fu Chen to substitute Ronald R. Rossi of the law firm of Rossi, Hamerslough,
3  Reischl & Chuck, 1960 The Alameda, Suite 200, San Jose, California 95126, (408) 261-4252
4  (Telephone), (408) 261-4292 (Facsimile), California State Bar No. 43067, who is retained counsel, as
5  attorney of record in place and in stead of David Sasseen of the law firm of Venture Pacific Law,
6  PC., is hereby **GRANTED.**

7  DATED: May 24, 2011

*Lucy H. Koh*

8  U.S. DISTRICT JUDGE/
   ~~U.S. MAGISTRATE JUDGE~~

11  S:\CL\R\R11152\PLEADINGS\Order for Substitution of Attorney.doc

Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
Ph (408) 261-4252
Fax (408) 261-4292

ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY     2