UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHYH-YIH HAO, <br><br> Plaintiffs, <br> v. <br><br> WU-FU CHEN, <br> and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br> WU-FU CHEN, an individual, <br><br> Defendant, Counterclaimant, <br> and Third Party Plaintiff, <br> v. <br><br> SHYH-YIH HAO, an individual, ELLEN HAO CHEN, an individual, and DOES 1 through 50, inclusive. <br><br> Counter-Defendant and Third Party Defendant. | Case No.: 10-CV-00826-LHK <br><br> ORDER VACATING HEARING |

Pursuant to Civil Local Rule 7-1(b), the Court finds Plaintiff Shyh-Yih Hao's motion to strike allegations from Defendant Wu-Fu Chen's counterclaim, ECF No. 87, and Third Party Defendant Ellen Hao Chen's motion to dismiss Mr. Chen's third party complaint against her, ECF No. 91, appropriate for determination without oral argument.  Therefore, the Court VACATES the hearing on Plaintiff's motion scheduled for August 25, 2011.  The Case Management Conference will remain as scheduled on August, 25, 2011.  The Court will issue an Order shortly.

**IT IS SO ORDERED.**

1

Case No.: 10-CV-00826-LHK
ORDER VACATING HEARING

Dated: August 24, 2011

_____
LUCY H. KOH
United States District Judge