UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHYH-YIH HAO,<br><br>　　　　　　Plaintiff,<br>　v.<br>WU-FU CHEN,<br>and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants.<br><br>WU-FU CHEN, an individual,<br><br>　　　　　　Defendant, Counterclaimant,<br>　　　　　　and Third Party Plaintiff,<br>　v.<br>SHYH-YIH HAO, an individual, ELLEN HAO CHEN, an individual, and DOES 1 through 50, inclusive.<br><br>Counter-Defendants and Third Party Defendants. | Case No. 10-CV-00826-LHK<br><br>ORDER STAYING ACTION |

Pursuant to the parties' stipulation, this action, including all party and non-party discovery matters, is stayed in its entirety. The Clerk of the Court shall administratively close the file until further order from the Court.

All pending motions are hereby DENIED without prejudice. The parties are free to re-file them if and when the stay is lifted. The case schedule is VACATED.

**IT IS SO ORDERED.**

Dated: September 15, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-00826-LHK
ORDER STAYING ACTION