UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHYH-YIH HAO,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>WU-FU CHEN,<br>and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>WU-FU CHEN, an individual,<br><br>　　　　　Defendant, Counterclaimant,<br>　　　　　and Third Party Plaintiff,<br>　v.<br><br>SHYH-YIH HAO, an individual, ELLEN HAO CHEN, an individual, and DOES 1 through 50, inclusive.<br><br>　　　　　Counter-Defendant and Third Party Defendant. | Case No.: 10-CV-00826-LHK<br><br>ORDER FURTHER STAYING THIS ACTION |

On March 21, 2012, the parties filed a joint case management/status report. ECF No. 108. In the report, Defendant Wu-Fu Chen requests that the stay in this action be lifted. Plaintiff Shy-Yih Hao and Third Party Defendant Ellen Hao Chen request that the stay remain in place. The Court agrees with Mr. Hao and Ms. Hao Chen, and finds that the essential facts justifying a stay remain the same given that the criminal trial in Taiwan has been delayed until August 2012. Accordingly, the stay will remain in place. The status conference set for March 28, 2012, is hereby VACATED. The Court ORDERS as follows:

　　　1. The stay shall last at least until August 29, 2012.

1

Case No.: 10-CV-00826-LHK
ORDER FURTHER STAYING THIS ACTION

2. If all parties agree to a continuation of the stay, they will file a Joint Status Report on August 22, 2012, so stating.

3. If all parties wish to lift the stay, they will file a Joint Case Management Statement on August 22, 2012, suggesting a new case schedule, and the Court will hold a Case Management Conference on August 29, 2012, at 2:00 p.m.

4. If the parties do not agree as to whether the stay should be lifted, any party seeking a lifting of the stay shall notice and file a motion pursuant to this Court's standing orders and the Civil Local Rules.

**IT IS SO ORDERED.**

Dated: March 26, 2012

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-00826-LHK
ORDER FURTHER STAYING THIS ACTION