UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHYH-YIH HAO, | Case No.: 10-CV-00826-LHK |
| Plaintiff, | ORDER RE: STAY OF ACTION |
| v. | |
| WU-FU CHEN, and DOES 1 through 10, inclusive, | |
| Defendant. | |

This matter was stayed until August 29, 2012 pending the resolution of a related criminal proceeding, which was scheduled to go to trial in August 2012. ECF No. 110. In the Court's Order Staying the Action, the Court ordered that, if the parties agreed to continue the stay beyond August 29, 2012, they should file a Joint Status Report by August 22, 2012, so stating. The Court further ordered that, if the parties wished to lift the stay, they should file a Joint Case Management Statement by August 22, 2012, suggesting a new case schedule. Finally, the Court ordered that, if the parties did not agree as to whether to continue the stay, any party seeking a lift of the stay should notice and file a motion pursuant to this Court's Standing Orders and the Civil Local Rules. The parties have not filed a Joint Status Report or a Joint Case Management Statement. Neither party has filed a motion seeking to lift the stay. Accordingly, the COURT orders as follows:

1. The stay shall continue until at least October 29, 2012;

2. If all parties agree to a continuation of the stay, they shall file a Joint Status Report on October 17, 2012, so stating;
3. If all parties wish to lift the stay, they shall file a Joint Case Management Statement on October 17, 2012, suggesting a new case schedule, and the Court will hold a Case Management Conference on October 24, 2012;
4. If the parties do not agree as to whether the stay should be lifted, any party seeking a lifting of the stay shall notice and file a motion pursuant to this Court's standing orders and the Civil Local Rules by October 17, 2012;

**IT IS SO ORDERED.**

Dated: October 2, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-00826-LHK
ORDER RE: STAY OF ACTION