UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHYH-YIH HAO, | Case No.: 10-CV-00826-LHK |
| Plaintiff, | ORDER RE: STAY OF ACTION |
| v. | |
| WU-FU CHEN, and DOES 1 through 10, inclusive, | |
| Defendant. | |

This matter was previously stayed pending the resolution of a related criminal proceeding, which was scheduled to go to trial in August 2012. ECF Nos. 110, 111. The stay is presently set to expire on October 29, 2012. ECF No. 111. Pursuant to the Court's October 2, 2012 order regarding the stay, the parties were ordered to file a Joint Status Report by October 17, 2012 stating whether they agreed to continue the stay. *Id.* Alternatively, if the parties wished to lift the stay, the parties were ordered to file a Joint Case Management Statement. *Id.*

The parties have filed a Joint Status Report requesting that the stay be continued because the parties "have tentatively resolved this matter, and other matters involving the [p]arties." *Id.* The parties request that the stay be continued for an additional 90 days so that the parties are able "to finalize the various agreements and proposed terms therein." *Id.*

The Court hereby ORDERS as follows:

1

Case No.: 10-CV-00826-LHK
ORDER RE: STAY OF ACTION

1. The stay shall continue until January 25, 2013.  The Court will not continue the stay any further.

2. The parties shall file a Stipulation of Dismissal no later than January 18, 2013.

**IT IS SO ORDERED.**

Dated: October 23, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-00826-LHK
ORDER RE: STAY OF ACTION