1  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
2      John D. Minton (Bar No. 223823)
       David M. King  (Bar No. 95279)
3  216 Park Road
   Burlingame, California  94011
4  Telephone:  (650) 342-9600
   Facsimile:   (650) 342-7685
5  Email:  jminton@carr-mcclellan.com

6  Attorneys for Plaintiff/Counterclaim Defendant, SHYH-YIH HAO

7  ROSSI, HAMERSLOUGH, REISCHL & CHUCK
       Ronald R. Rossi, Esq. (Bar No. 43067)
8      Susan Reischl, Esq. (Bar No. 94037)
       Dean C. Rossi, Esq.  (Bar No. 188844)
9  1960 The Alameda #200
   San Jose, CA 95126
10 Office: (408) 261-4252
   Fax:    (408) 261-4292
11 Email: dean@rhrc.net

12 Attorneys for Defendant and Counterclaimant/Third Party Plaintiff,
   WU-FU CHEN

13
   FREITAS, TSENG, BAIK & KAUFMAN, LLP
14     Robert E. Freitas, Esq.  (Bar No. 80948)
   100 Marine Pkwy Ste 200
15 Redwood City, CA 94065
   Office: (650) 730-5527
16 Fax:    (650) 593-6301
   Email: rfreitas@ftbklaw.com

17 Attorneys for Third Party Defendant, ELLEN HAO CHEN

18
                UNITED STATES DISTRICT COURT
19
                NORTHERN DISTRICT OF CALIFORNIA
20
                       SAN JOSE DIVISION
21

| | |
|---|---|
| SHYH-YIH HAO,<br><br>            Plaintiff,<br><br>     v.<br><br>WU-FU CHEN, and<br>DOES 1 THROUGH 10, inclusive,<br><br>            Defendant.<br><br>And Related Action. | Case No. CV10-00826 LHK (HRL)<br><br>**JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** |

1   Plaintiff/Counterclaim-Defendant SHYH-YIH HAO, Defendant and
2  Counterclaimant/Third Party Plaintiff WU-FU CHEN, and Third Party Defendant, ELLEN HAO
3  CHEN (collectively the "Parties"), hereby file this Joint Motion to Dismiss with Prejudice the
4  entire action captioned above, including the complaint and counterclaim on file herein, on the
5  basis that the Parties have resolved this entire matter.  The Parties jointly move the Court to
6  dismiss this case with prejudice, the Parties to bear their own expenses and attorneys' fees.
7   WHEREFORE, the Parties respectfully request that their Joint Motion to Dismiss with
8  Prejudice be granted.

Dated:  December 18, 2012   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                             Professional Law Corporation


                             By:              /s/
                                        John D. Minton
                             Attorneys for Plaintiff and Counterclaim Defendant
                                        SHYH-YIH HAO



Dated:  December 18, 2012   ROSSI HAMERSLOUGH REISCHL


                             By:              /s/
                                        Dean C. Rossi
                             Attorneys for Defendant and Counterclaimant/Third
                                        Party Plaintiff
                                        WU-FU CHEN


Dated:  December 18, 2012   FREITAS, TSENG, BAIK & KAUFMAN, LLP


                             By:              /s/
                                        Robert E. Freitas
                             Attorneys for Third Party Defendant
                                        ELLEN HAO CHEN


/ / /

/ / /

2           JOINT MOTION TO DISMISS ENTIRE
                                                       ACTION WITH PREJUDICE; ORDER
                                                       Case No. CV10-00826 LHK (HRL)

1 | Filer's Attestation: Pursuant to Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: December 18, 2012

/s/
John D. Minton

**[PROPOSED]** ORDER

For the foregoing reasons and for good cause shown, the Court hereby orders that this entire action is dismissed with prejudice, each party to bear his or her own expenses and attorneys' fees. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: December 28, 2012

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge

29540-00001\iManage\4314702.1