1   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
    Professional Law Corporation
2     John D. Minton (Bar No. 223823)
      David M. King  (Bar No. 95279)
3   216 Park Road
    Burlingame, California  94011
4   Telephone:  (650) 342-9600
    Facsimile:   (650) 342-7685
5   Email:  jminton@carr-mcclellan.com

6   Attorneys for Plaintiff/Counterclaim Defendant, SHYH-YIH HAO

7   ROSSI, HAMERSLOUGH, REISCHL & CHUCK
      Ronald R. Rossi, Esq. (Bar No. 43067)
8     Susan Reischl, Esq. (Bar No. 94037)
      Dean C. Rossi, Esq.  (Bar No. 188844)
9   1960 The Alameda #200
    San Jose, CA 95126
10  Office: (408) 261-4252
    Fax:     (408) 261-4292
11  Email: dean@rhrc.net

12  Attorneys for Defendant and Counterclaimant/Third Party Plaintiff,
    WU-FU CHEN

13  FREITAS, TSENG, BAIK & KAUFMAN, LLP
      Robert E. Freitas, Esq.  (Bar No. 80948)
14  100 Marine Pkwy Ste 200
    Redwood City, CA 94065
15  Office: (650) 730-5527
    Fax:     (650) 593-6301
16  Email: rfreitas@ftbklaw.com

17  Attorneys for Third Party Defendant, ELLEN HAO CHEN

18

19              UNITED STATES DISTRICT COURT

20             NORTHERN DISTRICT OF CALIFORNIA

21                   SAN JOSE DIVISION

22  SHYH-YIH HAO,                    Case No. CV10-00826 LHK (HRL)

23              Plaintiff,           **JOINT MOTION TO DISMISS ENTIRE
                                     ACTION WITH PREJUDICE;**
24        v.                         **[PROPOSED]** ORDER

25  WU-FU CHEN, and
    DOES 1 THROUGH 10, inclusive,

26              Defendant.

27  And Related Action.

28

1     Plaintiff/Counterclaim-Defendant SHYH-YIH HAO, Defendant and

2 Counterclaimant/Third Party Plaintiff WU-FU CHEN, and Third Party Defendant, ELLEN HAO

3 CHEN (collectively the "Parties"), hereby file this Joint Motion to Dismiss with Prejudice the

4 entire action captioned above, including the complaint and counterclaim on file herein, on the

5 basis that the Parties have resolved this entire matter.  The Parties jointly move the Court to

6 dismiss this case with prejudice, the Parties to bear their own expenses and attorneys' fees.

7     WHEREFORE, the Parties respectfully request that their Joint Motion to Dismiss with

8 Prejudice be granted.

9 Dated:  December 18, 2012  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                                          Professional Law Corporation
10

11

12                         By:_____/s/_____
                                        John D. Minton
13                          Attorneys for Plaintiff and Counterclaim Defendant
                                        SHYH-YIH HAO
14

15 Dated:  December 18, 2012  ROSSI HAMERSLOUGH REISCHL

16

17                         By:_____/s/_____
                                        Dean C. Rossi
18                          Attorneys for Defendant and Counterclaimant/Third
                                        Party Plaintiff
19                                      WU-FU CHEN

20

21 Dated:  December 18, 2012  FREITAS, TSENG, BAIK & KAUFMAN, LLP

22

23                         By:_____/s/_____
                                        Robert E. Freitas
24                          Attorneys for Third Party Defendant
                                        ELLEN HAO CHEN
25

26 / / /

27 / / /

28

JOINT MOTION TO DISMISS ENTIRE
                                               ACTION WITH PREJUDICE; ORDER
                                               Case No. CV10-00826 LHK (HRL)

1    Filer's Attestation:  Pursuant to Local Rule 5-1, I attest that concurrence in the filing of

2  this document has been obtained from its signatories.

3  Dated:  December 18, 2012

4                                                              /s/
                                                        John D. Minton
5

6                                    **[PROPOSED]** **ORDER**

7        For the foregoing reasons and for good cause shown, the Court hereby orders that this

8  entire action is dismissed with prejudice, each party to bear his or her own expenses and

9  attorneys' fees.  The Clerk shall close the file.

10       IT IS SO ORDERED.

11

12  Dated:  December 28, 2012

13                                                        Honorable Lucy H. Koh
                                                          United States District Judge
14

15  29540-00001\iManage\4314702.1

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION TO DISMISS ENTIRE
                                           ACTION WITH PREJUDICE; ORDER
                                           Case No. CV10-00826 LHK (HRL)